this motion seeking leave to appeal from the letter dismissing the complaint (*see* NY Const, art VI, § 22; Judiciary Law § 44 [7]; CPLR 5602).

WILLIE B. HODGE, Appellant, v COUNTY OF WESTCHESTER, Respondent.

Decided September 10, 2015

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (*see* NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

In the Matter of ROBERT JONES, Appellant, v KEVIN HICKEY, as Assistant Attorney General of the State of New York, Respondent.

Decided September 10, 2015

Appeal from the March 2015 Appellate Division order of affirmance dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of ROBERT JONES, Appellant, v KEVIN HICKEY, as Assistant Attorney General of the State of New York, Respondent.

Decided September 10, 2015

Appeal from the May 2015 Appellate Division order denying leave to appeal to this Court dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.